DANIEL TORTORIELLO ET AL., APPELLANTS, v. JOHN J. TOOHEY, COMMISSIONER OF LABOR, RESPONDENT.

Argued May 24, 1939—Decided September 22, 1939.

For the appellants, *Emil Neblo.*

For the respondent, *William J. Egan (Stephen J. Lorenz,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—PERSKIE, J. 1.